*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and ATTANASIO
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Andreas K. URSIN**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500009**

_____

Decided: 12 August 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
David C. Segraves

Sentence adjudged 4 September 2024 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for one month, and a bad-conduct discharge.[1]

For Appellant:
*Commander Candice C. Albright, JAGC, USN*

---

[1] Appellant was credited with having served 8 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial (R.C.M.) 1111(b)(1)(B) in that it incorrectly lists Appellant's plea to Specification 1 of Charge II. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202500009 |
| **v.** | **ENTRY** |
| | **OF** |
| **Andreas K. URSIN** | **JUDGMENT** |
| **Lance Corporal (E-3)** | |
| **U.S. Marine Corps** | |
| *Accused* | *As Modified on Appeal* |
| | **12 August 2025** |

On 4 September 2024, the Accused was tried at Marine Corps Air Station Miramar, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge David C. Segraves presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 1:** **Failure to Obey Regulation, to wit: Enclosure 5, Paragraph 1.c, SECNAVINST 5300.28F, between on or about 1 December 2023 and on or about 29 February 2024 by wrongfully possessing mushrooms with intent to induce intoxication:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Failure to Obey Regulation, to wit: Enclosure 5, Paragraph 1.c, SECNAVINST 5300.28F, between on or about 1 December 2023 and on or about 29 February 2024 by wrongfully using mushrooms with intent to induce intoxication:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Violation of No Contact Order issued by Lieutenant Colonel S.D. dated 21 February 2024, did, between on or about 21 February 2024 and on or about 7 May 2024, disobey the Order by wrongfully communicating with Private First Class T.F. and Lance Corporal M.C.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 81, Uniform Code of Military Justice, 10 U.S.C. § 881.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 1:** **Conspiracy to Violate Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892, to wit: Enclosure 5, Paragraph 1.c, SECNAVINST 5300.28F, Wrongful Use of a Controlled Substance, mushrooms, between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Conspiracy to Violate Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892, to wit: Enclosure 5, Paragraph 1.c, SECNAVINST 5300.28F, Wrongful Distribution of a Controlled Substance, mushrooms, between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Conspiracy to Violate Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a, Wrongful Possession of a Controlled Substance, lysergic acid diethylamide (LSD), between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 4:** **Conspiracy to Violate Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a, Wrongful Distribution of a Controlled Substance, lysergic acid diethylamide (LSD), between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge III:** **Violation of Article 82, Uniform Code of Military Justice, 10 U.S.C. § 882.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 1:** **Between on or about 1 December 2023 and on or about 29 February 2024, wrongfully solicit Lance Corporal M.F. to use a controlled substance in violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Between on or about 1 December 2023 and on or about 29 February 2024, wrongfully solicit Lance Corporal Z.J. to use a controlled substance in violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Between on or about 1 December 2023 and on or about 29 February 2024, wrongfully solicit Lance Corporal M.C. to use a controlled substance in violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 4:** **Between on or about 1 December 2023 and on or about 29 February 2024 wrongfully solicit Corporal N.D. to use a controlled substance in violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a:**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge IV:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Wrongful Possession of a Controlled Substance, some amount of lysergic acid diethylamide (LSD), between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Wrongful Use of a Controlled Substance, lysergic acid diethylamide (LSD), between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Wrongful Possession of a Controlled Substance, some amount of psilocybin, between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 4:** **Wrongful Use of a Controlled Substance, psilocybin, between on or about 1 December 2023 and on or about 29 February 2024:**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 4 September 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for total of 1 month, as follows:**

*For specification 1 of Charge IV:*

confinement for 1 month.

*For specification 2 of Charge IV:*

confinement for 1 month.

*For specification 3 of Charge IV:*

confinement for 1 month.

*For specification 4 of Charge IV:*

confinement for 1 month.

All terms of confinement will be served concurrently. The Accused shall be credited with 8 days of pretrial confinement credit, to be deducted from the adjudged sentence to confinement.

**A bad-conduct discharge.**

The convening authority took no action on the case.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court